DISMISS; Opinion issued January 16, 2013.



In The
# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-00727-CV

---

## KEENAN PIPKINS, Appellant
V.
## FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee

---

On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-12-02649-B

---

### OPINION

Before Chief Justice Wright, Justice Lang-Miers and Justice Lewis
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By order dated October 18, 2012, we granted appellant's second motion to extend time to file his brief and ordered appellant to file his brief by October 31, 2102. We cautioned appellant that no further extensions would be granted absent exceptional circumstances. By letter dated November 5, 2012, we notified appellant the time for filing his brief had expired. We directed appellant to file his brief and an extension motion within ten days or the case would be dismissed. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(1), 42.3(c).

_____
CAROLYN WRIGHT
CHIEF JUSTICE

120727F.P05

2



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

Keenan Pipkins, Appellant

No. 05-12-00727-CV     V.

Federal Home Loan Mortgage Corporation, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-12-02649-B.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee Federal Home Loan Mortgage Corporation recover its costs of this appeal from appellant Keenan Pipkins.

Judgment entered this 16th day of January, 2013.

CAROLYN WRIGHT
CHIEF JUSTICE